970

No. 88–5312.  MOORE v. PAUL ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 88–5346.  LAMBERTI v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 88–5353.  BENTLEY v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 88–5407.  FERKINS v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, STORMVILLE, NEW YORK. C. A. 2d Cir.  Certiorari denied.

No. 88–5450.  PRENZLER v. PEKICH ET AL.  C. A. 9th Cir. Certiorari denied.

No. 88–5465.  FLOYD v. KELLOGG SALES CO.  C. A. 8th. Cir. Certiorari denied.

No. 88–5495.  THAYER v. MAINE.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 88–5556.  BROFFORD v. OHIO DEPARTMENT OF REHABILITATION AND CORRECTION.  Sup. Ct. Ohio.  Certiorari denied.

No. 88–5574.  BROADUS v. OKLAHOMA ET AL.  Ct. Crim. App. Okla.  Certiorari denied.

No. 88–5575.  WOODS v. BUTLER, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 88–5576.  CABEY v. COLLINS, SUPERINTENDENT, MOORE COUNTY PRISON, CARTHAGE, NORTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 88–5577.  GILSTRAP v. WHARTON, SUPERINTENDENT, MEN'S CORRECTIONAL INSTITUTION, HARDWICK, GEORGIA.  C. A. 11th Cir.  Certiorari denied.

No. 88–5578.  ROBBINS v. RICE, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 88–5579.  SMITH v. RAHDERT, ANDERSON & RICHARDSON ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 88–5583.  LOWERY v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.